**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 6/21/2018

Case: Cuenca v. Sidecar Bar & Grille Inc. et al   Status Conf. @ 11:00 AM

Civ.: 1:18-cv-00506-WFK-VMS

**ECF Recording in 13A South:**   ☐ Telephone Conference   ☐ In-person Conference

1144 - 1155

**Counsel:** *(See separately docket entry or document for specific appearances)*

☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☐ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☐ Motions decided on the record   _____

☐ Rule 26(a) disclosures, incl. supplements   _____
☐ Document requests to be served   _____
☐ Interrogatories to be served   _____
☐ Amended pleadings, incl. joinder     ☐ To be served     ☐ To be filed
  ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed   _____
☐ Status conference    Date:    Time:
  ☐ In person ☐ Telephone (718) 613-2300    To be organized by:
☐ Specific depositions to be held   _____
☐ Fact discovery closes   _____
☐ Expert disclosures to be served   _____
☐ Initial expert report(s) to be served   _____
☐ Rebuttal expert report(s) to be served   _____
☐ Expert discovery closes   _____
☐ All discovery closes   _____
☐ Joint letter confirming discovery is concluded   _____
☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed   _____
☐ Consent to Magistrate Judge to be filed   _____
☐ Settlement Conference    Date:    Time:

1/2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Cuenca                                Civ. A. 18 - 506

Date: 6/21/2018

**Additional Orders:**

The settlement agreement is approved as fair and reasonable under Cheeks.

Page 2 of 2